390 P.2d 969

Warren E. BURTON, Petitioner,

v.

FIRST JUDICIAL DISTRICT COURT of SANTA FE COUNTY, Respondent.

No. 58 HC.

Supreme Court of New Mexico.

April 15, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of mandamus be and the same is hereby denied.

390 P.2d 969

George S. HLOZANSKY, Petitioner,

v.

Harold A. COX, Warden of the New Mexico State Penitentiary, Respondent.

No. 59 HC.

Supreme Court of New Mexico.

April 15, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for access to various law books, statutes and decisions be and the same is hereby denied.